AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DAVID FARNHAM
V.
STAPLES, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40084 FDS**

TO: (Name and address of Defendant)

STAPLES, INC.
500 STAPLES DRIVE
FRAMINGHAM, MA 01702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID FARNHAM
37 DUDLEY ROAD, PO BOX 303
SUTTON, MA 01590

an answer to the complaint which is served on you with this summons, within  TWENTY  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   5/31/05

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 20, 2005

I hereby certify and return that on 6/17/2005 at 10:42AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to AUDREY SHEA, agent, person in charge at the time of service for STAPLES, INC., at, 500 STAPLES Drive, FRAMINGHAM, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00) Total Charges $36.90

_Robert A. No____
Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　Date　　　　　　　　 *Signature of Server*

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**JAMES V. DiPAOLA**
SHERIFF

*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P.O. Box 827*
*188 Concord Street*
*Framingham, Massachusetts 01701-0203*
*Phone (508) 872-3110 (508) 872-7831 • Fax (508) 872-3644*

DAVID FARNHAM
37 DUDLEY Road
P.O. BOX 303
Sutton, MA 01590

Phone:(508)566-0893

Amount Due: $ 1.00
Invoice #:   05019933
Invoice Date: 06/20/2005

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT

---

## Payment Due Upon Receipt     Writ: SUMMONS AND COMPLAINT

Please send a copy of this invoice with your remittance

DAVID FARNHAM
vs.
STAPLES, INC.

Invoice #:   05019933
Invoice Date: 06/20/2005

Serve:   STAPLES, INC.
         500 STAPLES Drive
         FRAMINGHAM, MA

Served by Deputy Sheriff: MURRAY ZUK 7
Service Date: 06/17/2005  Time:   10:42AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 0.90 |
| Postage and Handling | 1.00 |
| **Total Charges** | **36.90** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 06/16/2005 | 2280 | 50.66 |
| **Payment Total** | | **50.66** |

**Amount Due: $ 1.00**