# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID FARNHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAPLES, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 05-40084-FDS |

## VOLUNTARY REQUEST FOR DISMISSAL WITH PREJUDICE

Now comes the Plaintiff, David Farnham, and hereby requests that the court dismiss the above-captioned action with prejudice with each side bearing their own costs in this matter.

PLAINTIFF,

_____ 10 AUG 05
DAVID FARNHAM
*Pro Se*
37 Dudley Road, P.O. Box 303
Sutton, MA  01590

ASSENTED TO:

DEFENDANT, STAPLES, INC.

_____
Cynthia L. Westervelt, Esq. (BBO#568009)
Staples, Inc.
Employment and Litigation Counsel
500 Staples Drive
Framingham, MA  01702
508/253-2091